**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER MAYBERRY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>AND OTHER POTENTIALLY RELATED ACTIONS | Case Nos.  18-cv-02206-BLF;<br>18-cv-02207-BLF;<br>18-cv-02215-BLF;<br>18-cv-02216-BLF;<br>18-cv-02266-BLF.<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case and the cases listed in the following chart are referred to the Honorable Lucy H. Koh for a determination of whether these cases are related to *Bohannon v. Intuitive Surgical, Inc.*, Case No. 5:18-cv-02186-LHK.

| | |
|---|---|
| 5:18-cv-02206-BLF | *Mayberry, et al. v. Intuitive Surgical, Inc.* |
| 5:18-cv-02207-BLF | *Negron v. Intuitive Surgical, Inc.* |
| 5:18-cv-02215-BLF | *Dilisio v. Intuitive Surgical, Inc.* |
| 5:18-cv-02216-BLF | *Rutledge, et al. v. Intuitive Surgical, Inc.* |
| 5:18-cv-02266-BLF | *Wanish, et al. v. Intuitive Surgical, Inc.* |

**IT IS SO ORDERED.**

Dated: May 2, 2018

_____
BETH LABSON FREEMAN
United States District Judge